# AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-01758 | Court:<br>In the United States District Court for the Northern District of Illinois, Eastern Division | County: | Job:<br>6978654 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Michael Bock | | **Defendant / Respondent:**<br>WLCC Lending FDL d/b/a First Day Loans | |
| **Received by:**<br>HSPS Legal Services | | **For:**<br>Edelman, Combs, Latturner and Goodwin, LLC | |
| **To be served upon:**<br>Brett A Crandall III | | **Court Date:** | |

I, Kyle Knight, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Brett A Crandall III, 1707 Randall Dr, Solon, IA 52333
**Manner of Service:** Personal/Individual, Apr 29, 2022, 3:38 pm CDT
**Documents:** Summons; Complaint; Exhibit(s) (Received Apr 20, 2022 at 1:21pm CDT)

**Additional Comments:**
1) Successful Attempt: Apr 29, 2022, 3:38 pm CDT at 1707 Randall Dr, Solon, IA 52333 received by Brett A Crandall III. (Server's visual approximation) Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'8"; Hair: Gray; Eyes: Brown; Brett came to the door and accepted documents

Fees:
State of: IA )
) SS:
County of: Johnson )

Kyle Knight  5/2/22
Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this 2 day of May, 2022

Notary Public
1-28-25
My Commission Expires

CHELSEY ROBISON
Commission Number 794243
My Commission Expires
January 28, 2025

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

MICHAEL BOCK, on behalf of Plaintiff and the class members described herein,

V.

WLCC LENDING FDL d/b/a FIRST DAY LOANS, et al.

CASE NUMBER: 1:22-cv-01758

ASSIGNED JUDGE: Hon. Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila M. Finnegan

TO: (Name and address of Defendant)

BRETT A. CRANDALL III
1707 Randall Dr
Solon, IA 52333-9424

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St. Suite 1500
Chicago, IL 60603
courtecl@edcombs.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

April 8, 2022

DATE