**APPEARANCE FILED AS ATTORNEY FOR:**

WLCC LENDING FDL d/b/a
FIRST DAY LOANS;
WAKPAMNI LAKE COMMUNITY CORPORATION;
WAKPAMNI LAKE COMMUNITY CORPORATION II d/b/a WLCC II;
GENEVA LONE HILL;
BRETT A. CRANDALL III;
RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD

126253874v1