# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael Bock

                          Plaintiff,

v.                                                Case No.: 1:22–cv–01758
                                                    Honorable Gary Feinerman

WLCC Lending, FDL, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2022:

    MINUTE entry before the Honorable Gary Feinerman: Rule 26(a)(1) disclosures shall be served by 6/15/2022. Written discovery requests shall be served by 7/29/2022. Class certification motion shall be filed by 11/18/2022. Motions to amend the pleadings and add new parties shall be filed by 12/23/2022. Fact discovery shall be completed by 3/31/2023. Dispositive motions shall be filed by 5/1/2023. The status hearing set for 6/7/2022 [6] is stricken and re–set for 9/20/2022 at 9:00 a.m. By 9/13/2022, the parties shall file a joint status report addressing: (1) the discovery they have completed; (2) the discovery that remains to be taken; (3) any foreseeable obstacles to meeting the deadlines set forth in this order; (4) whether both sides would like a settlement conference with the Magistrate Judge; and (5) whether there is a need for the 9/20/2022 status hearing. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.