IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BOCK,<br>on behalf of Plaintiff and the class members described herein,<br><br>                Plaintiff,<br><br>    v.<br><br>WLCC LENDING FDL d/b/a<br>FIRST DAY LOANS;<br>WAKPAMNI LAKE COMMUNITY CORPORATION;<br>WAKPAMNI LAKE COMMUNITY CORPORATION II d/b/a WLCC II;<br>GENEVA LONE HILL;<br>BRETT A. CRANDALL III;<br>RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD; and JOHN DOES 1-20;<br><br>                Defendants. | Case No.: 1:22-cv-01758<br><br>Honorable Gary Feinerman |

## NOTICE AND REQUEST TO STAY PENDING DEADLINES

Plaintiff, Michael Bock, and Defendants, WLCC Lending FDL, Wakpamni Lake Community Corporation, Wakpamni Lake Community Corporation II, Geneva Lone Hill, Bret A. Crandall, and Raycen Raines, III (collectively, "Defendants"), respectfully submit this notice to inform the Court that the Parties have resolved this matter and expect to file a stipulation of dismissal within the next sixty days. The Parties request that the Court stay all pending deadlines.

Respectfully submitted,

DATED: July 1, 2022

/s/ Matthew J. Goldstein
Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN COMBS LATTURNER
    & GOODWIN, LLC
20 S. Clark St., Suite 1500

/s/ Daniel R. Waltz
Daniel R. Waltz
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St., Suite 3900
Chicago, IL 60606
Telephone: (312) 759-5948

1

Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com

*Counsel for Plaintiff*

Meagan A. Mihalko
*Pro hac vice forthcoming*
Troutman Pepper Hamilton Sanders LLP
1001 Haxall Pt.
Richmond, VA 23219
(804) 697-1281

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

      I, Matthew J. Goldstein, hereby certify that on Friday, July 1, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

                                                    */s/ Matthew J. Goldstein*
                                                    Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Matthew J. Goldstein (ARDC 6339033)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

3