# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael Bock

                          Plaintiff,

v.                                                           Case No.: 1:22–cv–01758
                                                               Honorable Gary Feinerman

WLCC Lending, FDL, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 5, 2022:

      MINUTE entry before the Honorable Gary Feinerman: By agreement [18], all pending deadlines are vacated. If dismissal papers are filed on or before 9/16/2022, the 9/20/2022 status hearing [17] will be stricken and the case will be closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.