**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MICHAEL BOCK,
on behalf of Plaintiff and the class
members described herein,

                Plaintiff,

      v.

WLCC LENDING FDL d/b/a
FIRST DAY LOANS;
WAKPAMNI LAKE COMMUNITY
CORPORATION;
WAKPAMNI LAKE COMMUNITY
CORPORATION II d/b/a WLCC II;
GENEVA LONE HILL;
BRETT A. CRANDALL III;
RAYCEN RAINES, III, also known as
RAYCEN AMERICAN HORSE RAINES
and formerly known as RAYCEN
BALLARD; and JOHN DOES 1-20;

                Defendants.

Case No.: 1:22-cv-01758

Honorable Gary Feinerman

## STIPULATION OF DISMSISAL

Plaintiff, Michael Bock, and Defendants, WLCC Lending FDL, Wakpamni Lake Community

Corporation, Wakpamni Lake Community Corporation II, Geneva Lone Hill, Bret A. Crandall, and

Raycen Raines, III (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby

stipulate to the dismissal of Plaintiff's individual claims with prejudice and without prejudice as to the

claims of the putative class, with each party to bear their own costs.

Respectfully submitted,

DATED: August 26, 2022

/s/ Matthew J. Goldstein
Daniel A. Edelman
Tara L. Goodwin
Matthew J. Goldstein
EDELMAN COMBS LATTURNER
      & GOODWIN, LLC
20 S. Clark St., Suite 1500

/s/ Daniel R. Waltz
Daniel R. Waltz
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St., Suite 3900
Chicago, IL 60606
Telephone: (312) 759-5948

Chicago, IL  60603
(312) 739-4200
courtecl@edcombs.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, hereby certify that on Friday, August 26, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which sent notice via email to all counsel of record.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman (ARDC 0712094)
Tara L. Goodwin (ARDC 6297473)
Matthew J. Goldstein (ARDC 6339033)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com